CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
MAY 11 2009
JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

JOHN POWHATAN KIRBY, JR.,
    Petitioner,

Civil Action No. 7:09-cv-00157

v.

**FINAL ORDER**

GENE M. JOHNSON,
    Respondent.

By:  Hon. Jackson L. Kiser
      Senior United States District Judge

In accordance with the Memorandum Opinion entered this day, it is now

**ORDERED**

that the petition for writ of habeas corpus filed by the petitioner, pursuant to 28 U.S.C. § 2254, is **DISMISSED** without prejudice as successive and this action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to the petitioner.

ENTER: This 11th day of May, 2009.

/s/ Jackson L. Kiser
Senior United States District Judge